# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 10/31/2025 |
| Case: 25–13369 | Form ID: 309A | Total: 18 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Emily R Ruzycki | 219 Boston Street | Jones, OK 73049 |
| ust | United States Trustee | United States Trustee   215 Dean A. McGee Ave., 4th Floor   Oklahoma City, OK 73102 | |
| tr | Kim Kramer | BK Law PLLC   123 W 7th Ave Ste 102   Stillwater, OK 74074–4029 | |
| aty | Douglas M. Gierhart | Gierhart Legal Services PLLC   15803 NE 23rd St Ste. D   Choctaw, OK 73020 | |
| smg | Oklahoma Employment Security Commission | PO Box 53039   Oklahoma City, OK 73152–3039 | |
| 6983160 | Capital One | Attn: Bankruptcy   PO Box 30285   Salt Lake City, UT 84130–0285 | |
| 6983159 | Capital One | PO Box 31293   Salt Lake City, UT 84131–0293 | |
| 6983161 | Collection Management Company | 661 Andersen Dr   Pittsburgh, PA 15220–2700 | |
| 6983162 | Collection Management Company | Attn: Bankruptcy   661 Andersen Dr Ste 110   Pittsburgh, PA 15220–2700 | |
| 6983164 | I C System | 444 Highway 96 E   Saint Paul, MN 55127–2557 | |
| 6983163 | I C System | PO Box 64378   Saint Paul, MN 55164–0378 | |
| 6983165 | IRS | Internal Revenue Service   Centralized Insolvency Operation P.O. Bo   Philadelphia, PA 19101–7317 | |
| 6983166 | Jan and Bodie Blair | 119 NW 3rd   Jones, OK 73049 | |
| 6983167 | Oklahoma Tax Commission | Office of the General Counsel, Bankruptc   120 N Robinson Street, Ste 2000 W   Oklahoma City, OK 73102 | |
| 6983169 | Synchrony Bank/Hhgregg | Attn: Bankruptcy   PO Box 965060   Orlando, FL 32896–5060 | |
| 6983168 | Synchrony Bank/Hhgregg | PO Box 71757   Philadelphia, PA 19176 | |
| 6983171 | Tinker FCU | Attn: Bankruptcy   PO Box 45750   Tinker AFB, OK 73145–0750 | |
| 6983170 | Tinker FCU | PO Box 45750   Tinker AFB, OK 73145–0750 | |

TOTAL: 18