**Dated: November 13, 2025**

**The following is ORDERED:**



Sarah A Hall
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| EMILY R. RUZYCKI, | ) | Case No. 25-13369-SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |

**ORDER DIRECTING DEBTOR TO SHOW CAUSE
WHY THIS CASE SHOULD NOT BE DISMISSED**

The above-captioned bankruptcy case was filed on October 29, 2025 (the "Petition Date"), by debtor Emily R. Ruzycki ("Debtor").  To date, notwithstanding a reminder from the Court Clerk's office, Debtor has not filed copies of "all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition, by the debtor from any employer of the debtor" ("Pay Advices") as required by 11 U.S.C. § 521(a)(1)(B)(iv), all of which were due on or before November 12, 2025.

Accordingly, Debtor is directed to show cause in writing on or before December 1, 2025, why this chapter 7 bankruptcy case should not be dismissed for Debtor's failure to comply with 11 U.S.C. § 521(a)(1)(B)(iv).  The Court will hear the matter telephonically on December 3, 2025, at 9:30 a.m.

To participate in the telephonic hearing, parties must call **1-405-309-3366** at their assigned hearing time. Parties will be prompted to enter the following Phone conference ID: **440 643 726#**. All participants shall mute the phone when it is not their case. No participants shall use the "speaker" function or place the call on hold at any time during the call.

If Debtor timely files the Pay Advices in compliance with 11 U.S.C. § 521(a)(1)(B)(iv), this show cause order will be satisfied and the hearing will be stricken and no appearance will be necessary. If Debtor fails to show cause in writing OR file the Pay Advices in compliance with 11 U.S.C. § 521(a)(1)(B)(iv) on or before December 1, 2025, this case will be dismissed without further notice or hearing.

IT IS SO ORDERED.

# # #