UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA

IN RE: )
Emily R Ruzycki )
)  Case No. _____
)  Chapter   7
Debtor. )

## PAY ADVICE COVER SHEET

The following pay advice/employee record information is filed on behalf of the debtor(s):
Pay advices are attached as follows:

| Debtor, Joint Debtor, or Non filing spouse | Employer | Beginning date | Ending date |
|---|---|---|---|
|  | Meta | August 2025 | present |
|  |  |  |  |
|  |  |  |  |

If specific pay advices are not attached, an explanation is required as to why documentation is not attached.

_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Date:  October 29, 2025  .

/s/ Emily R Ruzycki
Debtor Signature

Printed Name:  Emily R Ruzycki

_____

Joint Debtor's Signature (if applicable)

Printed Name: _____

☐ Pro se Debtor
☒ Represented by Counsel

/s/ Douglas Gierhart
Douglas Gierhart
15803 NE 23rd Street Ste D

Choctaw, OK 73020
(405) 347-1410

gierhartlegalservices@outlook.com
Counsel for Emily R Ruzycki

## Meta

**Supplier:**

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049, United States

**Customer:**

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

## Statement

Statement:179188910

Statement Date: 08/31/2025
Account : 699363728603055
Payout Cycle : 08/01/2025 - 08/31/2025
Page : 1 of 1

| Payout Reference # | Description | Amount |
|---|---|---|
| 24259789503708269 | Fan Subscriptions (mobile) - [08/01/2025 - 08/31/2025] - [Ruzycki Farms] | 4.24 |

| | | |
|---|---|---|
| | Subtotal: | 4.24 |
| | Sales Tax: | 0.00 |
| | StatementTotal: | 4.24 |
| | Currency: | USD |

Contact: www.facebook.com/help/contact/payoutsupport
This statement does not replace your obligation to issue a valid VAT/GST Invoice in accordance with the local VAT legislation in your local jurisdiction.

∞ Meta

**Supplier:**

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049, United States

**Customer:**

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

# Statement

Statement:180882803

Statement Date: 08/31/2025
Account : 599363728603055
Payout Cycle : 08/01/2025 - 08/31/2025
Page : 1 of 1

| Payout Reference # | Description | Amount |
|---|---|---|
| 24434202146266996 | PBP - [08/01/2025 - 08/31/2025] - [Eastside Fresh Market] | 2.31 |
| 24503038589383358 | PBP - [08/01/2025 - 08/31/2025] - [Emily Ruzycki] | 0.07 |
| 24955802427440302 | PBP - [08/01/2025 - 08/31/2025] - [Ruzycki Farms] | 48.06 |

| | | |
|---|---|---|
| | Subtotal: | 50.44 |
| | Sales Tax: | 0.00 |
| | StatementTotal: | 50.44 |
| | Currency: | USD |

Contact: ap-audnet@fb.com
This statement does not replace your obligation to issue a valid VAT/GST invoice in accordance with the local VAT legislation in your local jurisdiction.

## ∞ Meta

**Supplier:**

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049, United States

**Customer:**

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

## Statement

Statement:187372940

Statement Date: 09/30/2025
Account : 599363728603055
Payout Cycle : 09/01/2025 - 09/30/2025
Page : 1 of 1

| Payout Reference # | Description | Amount |
|---|---|---|
| 24425934663760 413 | Fan Subscriptions (mobile) - [09/01/2025 - 09/30/2025] - [Ruzycki Farms] | 4.24 |

| | | |
|---|---|---|
| | Subtotal: | 4.24 |
| | Sales Tax: | 0.00 |
| | StatementTotal: | 4.24 |
| | Currency: | USD |

Contact: www.facebook.com/help/contact/payoutsupport
This statement does not replace your obligation to issue a valid VAT/GST invoice in accordance with the local VAT legislation in your local jurisdiction.

∞ Meta

**Statement**

Supplier:

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049. United States

Statement:197553107

Statement Date: 09/30/2025
Account : 599363728603055
Payout Cycle : 09/01/2025 - 09/30/2025
Page : 1 of 1

Customer:

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

| Payout Reference # | Description | Amount |
|---|---|---|
| 24650972231256656 | PBP - [09/01/2025 - 09/30/2025] - [Ruzycki Farms] | 21.93 |
| 24712031571817387 | PBP - [09/01/2025 - 09/30/2025] - [Eastside Fresh Market] | 1.92 |
| 24802649196088955 | PBP - [09/01/2025 - 09/30/2025] - [Emily Ruzycki] | 0.16 |

| | |
|---|---|
| Subtotal: | 24.01 |
| Sales Tax: | 0.00 |
| StatementTotal: | 24.01 |
| Currency: | USD |

Contact: ap-cudnet@fb.com

This statement does not replace your obligation to issue a valid VAT/GST invoice in accordance with the local VAT legislation in your local jurisdiction.

∞ Meta

**Supplier:**

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049. United States

**Customer:**

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

# Statement

Statement:200815199

Statement Date: 10/31/2025
Account : 599363728603055
Payout Cycle : 10/01/2025 - 10/31/2025
Page : 1 of 1

| Payout Reference # | Description | Amount |
|---|---|---|
| 24739011369119407 | Fan Subscriptions (mobile) - [10/01/2025 - 10/31/2025] - [Ruzycki Farms] | 4.24 |

|  |  |
|---|---|
| Subtotal: | 4.24 |
| Sales Tax: | 0.00 |
| StatementTotal: | 4.24 |
| Currency: | USD |

Contact: www.facebook.com/help/contact/payoutsupport
This statement does not replace your obligation to issue a valid VAT/GST invoice in accordance with the local VAT legislation in your local jurisdiction.

## ∞ Meta

**Supplier:**

Ruzycki Farms And Orchard, LLC
10200 N. Choctaw Rd.
Jones, OK 73049, United States

**Customer:**

Meta Platforms Inc.
1 Meta Way
Menlo Park, CA 94025, United States
20-1665019

## Statement

Statement: 210629433

Statement Date: 10/31/2025
Account : 599363728603055
Payout Cycle : 10/01/2025 - 10/31/2025
Page : 1 of 1

| Payout Reference # | Description | Amount |
|---|---|---|
| 24856734360680439 | PBP - [10/01/2025 - 10/31/2025] - [Ruzycki Farms] | 49.43 |
| 25103018496052028 | PBP - [10/01/2025 - 10/31/2025] - [Emily Ruzycki] | 0.18 |
| 25275421092145092 | PBP - [10/01/2025 - 10/31/2025] - [Eastside Fresh Market] | 1.43 |

| | |
|---|---|
| Subtotal: | 51.04 |
| Sales Tax: | 0.00 |
| StatementTotal: | 51.04 |
| Currency: | USD |

Contact: ap-outnet@fb.com

This statement does not replace your obligation to issue a valid VAT/GST invoice in accordance with the local VAT legislation in your local jurisdiction.

## Payouts ˅   Download

| | | |
|---|---|---|
| 🏛 | **Sutton Bank •••• 3169**<br>Oct 22, 2025 | **$8.48**<br>Paid |
| 🏛 | **Sutton Bank •••• 3169**<br>Oct 21, 2025 | **$24.01**<br>Paid |
| 🏛 | **Sutton Bank •••• 3169**<br>Sep 20, 2025 | **$50.44**<br>Paid |
| 🏛 | **Sutton Bank •••• 3169**<br>Aug 23, 2025 | **$110.88**<br>Paid |
| 🏛 | **Sutton Bank •••• 3169**<br>Aug 8, 2025 | **$10.47**<br>Paid |