IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Emily Ruzycki, | ) | 25-13369 – SAH |
| | ) | Chapter 7 |
| Debtor. | ) | |

### DEBTOR'S RESPONSE TO ORDER TO SHOW CAUSE

This Court issued its Order to Show Cause Why This Case Should Not Be Dismissed (Doc #8) on November 13, 2025, for Debtor's failure to file Pay Advices.

**IN RESPONSE** to the Order the Debtor would make the following statements of fact:

1) The case was filed on September 29, 2025, with the Debtor present with her attorney to complete, review, and sign all necessary documents to file.

2) On that date the Debtor signed the B121 and Pay Advice Cover Sheet. However, the correct months of pay stubs were not sent in the 99 pages sent by the Debtor.

3) The attorney instructed Debtor which months were lacking and advised Debtor to locate and upload through Debtor's portal the required documents immediately.

4) After that date the attorney followed up with client through text, phone call, and e-mail to provide the documents.

5) Unbeknownst to attorney, the Debtor's mother had been battling lung cancer which had spread throughout her body and was at the point of need for hospice care.

6) Debtor and her siblings began obtaining hospice care for her mother during the interim time herein and was overwhelmed with all the circumstances.

7) Hospice care was made available, but Debtor's mother passed this morning, November 20, 2025.

**DEBTOR, HAVING FULLY ANSWERED**, requests this Honorable Court to excuse the delay and not dismiss this case and allow Debtor to move forward and continue to receive the benefit and protection of this proceeding, and for any other relief which the Court deems fitting and proper.

 s/Douglas M. Gierhart
Douglas M. Gierhart, OBA #3356
GIERHART LEGAL SERVICES, PLLC
15803 NE 23rd Street, Ste. D
Choctaw, OK 73020
(405) 347-1410
gierhartlegalservices@outlook.com