# United States Bankruptcy Court
## Western District of Oklahoma

In re: **Emily R Ruzycki**
Debtor(s)

Case No. **5:25-bk-13369**
Chapter **7**

## AMENDMENT COVER SHEET

This document:

☐ Corrects the previous filed document(s).

☐ Replaces the previous filed document(s).

☒ Supplements the previous filed document(s).

**Summary of revisions:**
*[An explanation of the revisions being made is required in this space.]*


I declare under penalty of perjury that the foregoing is true and correct.

Date: November 26, 2025

/s/ Emily R Ruzycki
Debtor's Signature
Printed Name: Emily R Ruzycki

Debtor's Signature
Printed Name: _____
☐ Pro se Debtor
☒ Represented by Counsel

/s/ Douglas Gierhart
Douglas Gierhart
Gierhart Legal Services
15803 NE 23rd Street Ste D
Choctaw, OK 73020
(405) 347-1410

gierhartlegalservices@outlook.com

**Fill in this information to identify your case:**

Debtor 1: Emily R Ruzycki
        First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse if, filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: WESTERN DISTRICT OF OKLAHOMA

Case number: 5:25-bk-13369
(if known)

☒ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims against you?
   ☒ No. Go to Part 2.
   ☐ Yes.

2. List all of your priority unsecured claims. If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

2.1

Priority Creditor's Name: _____

Number Street City State Zip Code

Last 4 digits of account number ____  ____  ____  ____
When was the debt incurred? _____

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
☐ Yes

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☒ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

Debtor 1  Emily R Ruzycki                                Case number (if known)  5:25-bk-13369

| 4.1 | Ian's Enterprises LLC | Last 4 digits of account number | $18,998.48 |

Nonpriority Creditor's Name
9450 SW Gemini Dr.   #39525
Beaverton, OR 97008-7105
Number Street City State Zip Code

When was the debt incurred?  2013

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☒ No
☐ Yes

☐ Contingent
☐ Unliquidated
☒ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  Trade debt - rent

### Part 3:   List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
Amanda R Blackwood
Blackwood Law Firm PLLC
512 NW 12th St
Oklahoma City, OK 73103

On which entry in Part 1 or Part 2 did you list the original creditor?
Line  4.4  of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

### Part 4:   Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

Total claims from Part 1

|     |                                                                                               |     | Total Claim |
|-----|-----------------------------------------------------------------------------------------------|-----|-------------|
| 6a. | Domestic support obligations                                                                  | 6a. | $ 0.00      |
| 6b. | Taxes and certain other debts you owe the government                                          | 6b. | $ 0.00      |
| 6c. | Claims for death or personal injury while you were intoxicated                                | 6c. | $ 0.00      |
| 6d. | Other. Add all other priority unsecured claims. Write that amount here.                       | 6d. | $ 0.00      |
| 6e. | Total Priority. Add lines 6a through 6d.                                                      | 6e. | $ 0.00      |

Total claims from Part 2

|     |                                                                                               |     | Total Claim |
|-----|-----------------------------------------------------------------------------------------------|-----|-------------|
| 6f. | Student loans                                                                                 | 6f. | $ 0.00      |
| 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00  |
| 6h. | Debts to pension or profit-sharing plans, and other similar debts                             | 6h. | $ 0.00      |
| 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here.                    | 6i. | $ 18,998.48 |
| 6j. | Total Nonpriority. Add lines 6f through 6i.                                                   | 6j. | $ 18,998.48 |