Certificate Number: 03088-OKW-DE-040419806

Bankruptcy Case Number: 25-13369



03088-OKW-DE-040419806

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 24, 2025</u>, at <u>10:30</u> o'clock <u>AM CST</u>, <u>Emily R Ruzycki</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Oklahoma</u>.

Date:   <u>December 16, 2025</u>          By:     <u>/s/Katherine Minnich</u>

                                        Name:  <u>Katherine Minnich</u>

                                        Title:  <u>Counselor</u>