# Notice Recipients

| | | |
|---|---|---|
| District/Off: 1087–5 | User: admin | Date Created: 01/27/2026 |
| Case: 25–13369 | Form ID: 318 | Total: 17 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    Ustpregion20.oc.ecf@usdoj.gov
aty    Douglas M. Gierhart    gierhartlegalservices@outlook.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Emily R Ruzycki    219 Boston Street    Jones, OK 73049
tr    Kim Kramer    BK Law PLLC    123 W 7th Ave Ste 202    Stillwater, OK 74074–4029
6983160    Capital One    Attn: Bankruptcy    PO Box 30285    Salt Lake City, UT 84130–0285
6983159    Capital One    PO Box 31293    Salt Lake City, UT 84131–0293
6983161    Collection Management Company    661 Andersen Dr    Pittsburgh, PA 15220–2700
6983162    Collection Management Company    Attn: Bankruptcy    661 Andersen Dr Ste 110    Pittsburgh, PA 15220–2700
6983164    I C System    444 Highway 96 E    Saint Paul, MN 55127–2557
6983163    I C System    PO Box 64378    Saint Paul, MN 55164–0378
6983165    IRS    Internal Revenue Service    Centralized Insolvency Operation P.O. Bo    Philadelphia, PA 19101–7317
6983166    Jan and Bodie Blair    119 NW 3rd    Jones, OK 73049
6983167    Oklahoma Tax Commission    Office of the General Counsel, Bankruptc    120 N Robinson Street, Ste 2000 W    Oklahoma City, OK 73102
6983169    Synchrony Bank/Hhgregg    Attn: Bankruptcy    PO Box 965060    Orlando, FL 32896–5060
6983168    Synchrony Bank/Hhgregg    PO Box 71757    Philadelphia, PA 19176
6983171    Tinker FCU    Attn: Bankruptcy    PO Box 45750    Tinker AFB, OK 73145–0750
6983170    Tinker FCU    PO Box 45750    Tinker AFB, OK 73145–0750

TOTAL: 15